**FILED**
July 18, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )    Case No. 2:06-mj-194 KJM
              Plaintiff,             )
v.                                   )    ORDER FOR RELEASE OF
                                     )    PERSON IN CUSTODY
Frederic Joseph Macias,              )
                                     )
_____)
              Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Frederic Joseph Macias Case No. 2:06-mj-194 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ $100,000 Unsecured Appearance Bond signed by the defendant and his parents, to be replaced by secured bond within 2 weeks

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at Sacramento, CA on 7/18/06 at 2:50 pm

By _____
Kimberly J. Mueller
United States Magistrate Judge