CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
FREDERIC JOSEPH MACIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S 06-0306 DFL |
| Plaintiff, | STIPULATION and ORDER |
| v. | Date: |
| | Time: |
| FREDERIC JOSEPH MACIAS, | Hon. Edmund F. Brennan |
| Defendant. | |

Defendant, Frederic Macias, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, and the United States Pre-Trial Services Division, through Steven J. Sheehan agree as follows:

It is agreed that Frederic Macias' terms and conditions of release be modified to include a mandatory minimum period of ninety(90)days residential drug treatment at The Effort.  Mr. Macias is to begin treatment no later than March 21, 2007.

The stipulation and proposed order are necessary because counsel received a phone call from Mr. Sheehan indicating that Mr. Frederic

1  Macias had tested positive for methamphetamine; further, Mr. Macias
2  admitted that he had used methamphetamine, and requested that he be
3  provided with the opportunity to attend a residential drug treatment
4  facility.
5       Mr. Sheehan, counsel, and Mr. Hitt are respectfully recommending
6  that the Court modify the terms and conditions of the current pre-trial
7  release Order to include a minimum of ninety (90) days in a residential
8  drug treatment program at The Effort.  Mr. Macias is to begin the
9  program no later than March 21, 2007.

Dated: March 19, 2007

                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    Frederic Macias

DATED: March 19, 2007               /S/ Christopher Haydn-Myer for
                                    JASON HITT
                                    Assistant U.S. Attorney

DATED: March 19, 2007               /S/ Christopher Haydn-Myer for
                                    STEVEN J. SHEEHAN
                                    Pre-Trial Services Agent

///
///
///
///
///

2

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Frederic Macias' terms and conditions of release be modified to include a mandatory minimum period of ninety(90)days residential drug treatment at The Effort.  Mr. Macias is to begin treatment no later than March 21, 2007.

DATED: March 19, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE