```
CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084


Attorney for Defendant
FREDERIC JOSEPH MACIAS
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-06-306 DLJ |
| Plaintiff, | ) AMENDED STIPULATION AND ORDER |
| v. | ) Date: 12/6/2007 |
| | ) Time: 2:30 |
| FREDERIC JOSEPH MACIAS, | ) Hon.  Edmund F. Brennan |
| Defendant. | ) |
| _____ | ) |

    Defendant, Frederic Joseph Macias, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Jason Hitt, and Steven J. Sheehan, United States Pre-Trial Service Officer hereby agree as follows:

    It is agreed that if the Court agrees Mr. Frederic Macias is to be released from custody pursuant to the original terms imposed by the Honorable Kimberly J. Mueller on July 18, 2006, [Doc. 4] with two modifications.

    First, Mr. Macias must reside with his sister Ms. Lanall Macias at 1137 Acacia Street, Stockton, California 95203.  Mr. Macias cannot

1  reside with his parents.

2       Second, Mr. Macias must wear an electronic monitor while he is out
3  of custody on supervised release.

4       The stipulation and proposed order are necessary because on
5  September 4, 2007, the Honorable Gregory G. Hollows ordered that Mr.
6  Macias' terms of supervised release be terminated because of pretrial
7  release violations.  Counsel for Mr. Macias had no objections at the
8  time, but requested that the court revisit the matter within sixty to
9  ninety days of that date to determine if Mr. Macias should be released
10 and monitored by Pre-Trial Services. [Doc. 37] It has been over 70 days
11 since Mr. Macias was remanded into custody.  Counsel has contacted both
12 Mr. Sheehan and Mr. Hitt, and the stipulation and proposed order are
13 being requested by all parties.

15 Dated: <u>December 5, 2007</u>

16                                      Respectfully submitted,

17                                      /s/ Christopher Haydn-Myer
                                        _____
18                                      CHRISTOPHER HAYDN-MYER
                                        Attorney for Defendant
19                                      Frederic Macias

20
   DATED: <u>December 5, 2007</u>          <u>/S/ Christopher Haydn-Myer for</u>
21                                      Jason Hitt
                                        Assistant U.S. Attorney
22
   DATED: <u>December 5, 2007</u>          <u>/S/ Christopher Haydn-Myer for</u>
23                                      Steven J. Sheehan
                                        Pre-Trial Services

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Mr. Frederic Macias is to be released from custody pursuant to the original terms imposed by the Honorable Kimberly J. Mueller on July 18, 2006, with two modifications.

First, Mr. Macias must reside with his sister Ms. Lanall Macias at 1137 Acacia Street, Stockton, California 95203. Mr. Macias cannot reside with his parents.

Second, Mr. Macias must wear an electronic monitor while he is out of custody on Pre-Trial release.

Further, Mr. Macias shall be placed on home detention while on electronic monitoring, and he is restricted to his residence at all times except for verifiable employment, religious obligations, medical appointments, substance abuse or mental health treatment, attorney/court appointments, or activities pre-approved by Pretrial Services.

DATED:   December 5, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3