CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95811
Telephone: (916) 622-1703
Fax: (916) 443-5084

Attorney for Defendant
FREDERIC JOSEPH MACIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-06-306 JAM |
| Plaintiff, | ORDER |
| v. | Date: 6/17/2008 |
| | Time: 9:00 a.m. |
| FREDERIC JOSEPH MACIAS, | Hon. John A. Mendez |
| Defendant. | |

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that Mr. Frederic Macias is to be released from custody pursuant to the original terms imposed by the Honorable Kimberly J. Mueller on July 18, 2006, with two modifications.

First, Mr. Macias must reside with his sister Ms. Lanall Macias at 1137 Acacia Street, Stockton, California 95203. Mr. Macias cannot reside with his parents.

Second, Mr. Macias must wear an electronic monitor while he is out of custody on Pre-Trial release.

Further, Mr. Macias shall be placed on home detention while on electronic monitoring, and he is restricted to his residence at all times except for verifiable employment, religious obligations, medical appointments, substance abuse or mental health treatment, attorney/court appointments, or activities pre-approved by Pretrial Services.

DATED: June 17, 2008

HON. JOHN A. MENDEZ
United States District Court Judge