FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> *Frederic Joseph Macias* ) <br> Defendant. ) | Case No. *CR.S-06-306-03* <br><br> RELEASE ORDER NO. _____ <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _____

*Frederic Joseph Macias*, Case No. *CR.S-06-306-03*

Charge *18 USC Sec. 4 - Misprision of A Felony*,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__✓__ (Other) *Under previously imposed pretrial release conditions*

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at *Sacramento, CA* on *6/17/2008* at *9:42* (a.m.)/p.m.

By *JAM*
United States District Judge or
United States Magistrate

Copy 5 – Court