1

HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Ave., Suite 109

2

Citrus Heights, California 95610
Telephone: (916) 622-1703

3

Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

4

5

Attorney for Defendant
FREDERIC JOSEPH MACIAS

6

7

UNITED STATES DISTRICT COURT

8

FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,

Cr. No. 2:06-cr-306-JAM

11

Plaintiff,

STIPULATION AND [~~PROPOSED~~]
ORDER RE: EXONERATION OF
SECURED AND UNSECURED BAIL
FOR FORMER DEFENDANT FREDERIC
JOSEPH MACIAS

12

vs.

FREDERIC JOSEPH MACIAS,

13

Defendant.

14

15

16

The United States of America, through its attorney of

17

record, Jason Hitt, and former defendant Frederic Joseph Macias

18

(Macias), through his attorney, Christopher Haydn-Myer, hereby

19

agree and stipulate to the exoneration of the secured and

20

unsecured bail for former defendant Macias.  The basis for this

21

stipulation is as follows:

22

23

1. Macias appeared before Judge John A. Mendez on October

24

10, 2008, and he was sentenced. (Doc. 90).

25

2. Mr. Macias did not file an appeal, and his time for

26

filing an appeal has lapsed.

27

28

- 1 -

Macias' Stip. ~~Proposed~~ Order

3. Counsel for Macias was recently contacted by Macias'

mother, Linda Macias, and informed that her residential

property, located at 2615 Flemons Ave., Stockton, CA

95205, was still being used as secured collateral for

Macias' release.

4. There is no need for the posted secured and unsecured

bail to remain in effect.

Based on the foregoing, the undersigned parties agree and

stipulate that the secured and unsecured bail on behalf of

former defendant Macias be exonerated.

**IT IS SO STIPULATED.**

DATED: August 3, 2016          PHILLIP A. TALBERT
                               Acting United States Attorney

                               /s/ Jason Hitt
                               JASON HITT
                               Assistant United States Attorney

DATED: August 3, 2016          LAW OFFICE OF CHRISTOPHER HAYDN-
                               MYER

                               /s/ Christopher Haydn-Myer
                               CHRISTOPHER HAYDN-MYER
                               Attorney for Frederic Macias

///

///

///

///

- 2 -

Macias' Stip. ~~Proposed~~ Order

**ORDER**

GOOD CAUSE APPEARING and based on the foregoing

stipulation, it is hereby ordered that the secured and unsecured

bail posted on behalf of former defendant Frederick Macias is

hereby exonerated.

**IT IS SO ORDERED.**

DATED: August 16, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

- 3 -

Macias' Stip. ~~Proposed~~ Order